GREAT NECK TRUST COMPANY, Respondent, v. HARRY A. GERSON, Appellant.— Judgment entered on a verdict directed by the court in favor of the plaintiff and

dismissing the defendant's counterclaims in an action on a promissory note unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.